IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Wayne Vinson, | ) | C/A No. 0:10-79-RMG-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| United States Marshals Service, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The plaintiff, Wayne Vinson ("Vinson"), a self-represented federal prisoner, filed this action pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2671, et seq., and 42 U.S.C. § 1983. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) DSC.

Vinson filed a motion in which he requested that the court issue subpoenas for his medical records from two separate facilities and the video camera recording from the transport van from the date of the incident. (ECF No. 32.) The court granted Vinson's motion by docket text order, and directed the Clerk of Court to provide Vinson with three blank subpoena forms for Vinson to complete and return to the Clerk of Court. (ECF No. 41.) Vinson returned six completed subpoena forms to the Clerk of Court addressed to the following entities: Irwin County Detention Center, U.S.P. Hazelton, Alvin S. Glenn Detention Center, FCI Talladega, United States Marshal Service, and the South Carolina Federal Clerk's Office.

It is hereby

**ORDERED** that the Clerk of Court issue the subpoenas addressed to the Irwin County Detention Center, U.S.P. Hazelton, Alvin S. Glenn Detention Center, and FCI Talladega. It is further



**ORDERED** that the Clerk of Court shall <u>not</u> issue the subpoena addressed to the United States Marshal Service, the defendant in this action. Vinson is advised that he does not need specific authorization from the court to obtain discovery from the defendant. Rather, he should direct his discovery requests to the counsel of record for the defendant. If Vinson is dissatisfied with the responses he receives from the defendant, he may then file a motion to compel. <u>See</u> Local Civil Rule 37.01 DSC. It is further

**ORDERED** that the Clerk of Court shall <u>not</u> issue the subpoena directed to the South Carolina Federal Clerk's Office. Vinson's request essentially seeks to have the Clerk of Court's Office perform legal research and accident reconstruction on his behalf. While Vinson may request and pay for copies of court filings directly from the Clerk of Court, the Clerk's Office cannot provide Vinson with other materials or perform research on his behalf.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

February 8, 2011
Columbia, South Carolina